# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00338-CV

## In re Allied Van Lines, Inc. and Berger Texas, Inc.

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relators Allied Van Lines, Inc. and Berger Texas, Inc. seek an emergency stay of a scheduled trial and a writ of mandamus ordering the trial court to stay the litigation and compel arbitration. We deny the emergency relief and the petition for writ of mandamus.

_____

G. Alan Waldrop, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Filed:   June 20, 2006